IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| LAWRENCE HARRISON, III and § <br> KAWANEISHA HAWKINS § <br> § <br> VS. § <br> § <br> TYLER COMEAUX TRUCKING, § <br> LLC, and JOHN WAYNE NELSON, II § | CIVIL ACTION NO. 1:22-CV-00437 <br> JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. [Dkt. 20]. The Parties advise that a settlement has been reached and they are seeking a dismissal with prejudice as to all claims filed herein.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 21st day of July, 2023.**

Michael J. Truncale
United States District Judge